COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-08-411-CV

CENTRAL GARDEN & PET
 
APPELLANT

COMPANY, INC.

V.

TIMOTHY VOKES, DOSKOCIL APPELLEES

MANUFACTURING CO., INC., AND

ASPEN  PET PRODUCTS, INC.
 
 

----------

FROM THE 141ST DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellant Central Garden & Pet Company’s Unopposed Motion To Dismiss Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 
Tex. R. App. P.
 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL:  LIVINGSTON, DAUPHINOT, and GARDNER, JJ.

DELIVERED:  May 21, 2009

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.